# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| THOMAS M. MCCARTHY , | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | Case No.: 08-cv-381-bbc |
| v. | |
| THOMAS C. DORR, Under Secretary, U.S. Dept. of Agriculture and ED SCHAFER, Secretary, USDA-Rural Development, | |
| Respondents. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

_____7/21/08_____
**by Deputy Clerk**                                    **Date**